UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KSANDRA BRYANT,

    Plaintiff,

vs.

STEPHEN WILSON, INTERTEC
SYSTEMS, LLC and TRAILWOOD
TRANSPORT LTD.

    Defendants.
_____/

Case No.: 15-cv-10207

Hon. Arthur J. Tarnow

Mag. Mona K. Majzoub

GREGORY A. JONES (P75318)
MICHAEL J. MORSE (P46895)
Mike Morse Law Firm
Attorneys for Plaintiff
24901 Northwestern Highway, Ste. 700
Southfield, MI 48075-1816
(248) 350-9050

MARK SHREVE (P29149)
Garan Lucow Miller, P.C.
Attorney for Defs. Trailwood Transport &
  Stephen Wilson
1111 W. Long Lake Rd., Ste. 300
Troy, MI 48098-6333
(248) 641-7600

GREGORY GROMEK (P30164)
Plunkett Cooney
Attorneys for Def. Intertec Systems, LLC
38505 Woodward Ave., Ste. 2000
Bloomfield Hills, MI 48304
(248) 901-4030

_____

QUALIFIED PROTECTIVE ORDER
AND AUTHORIZATION PURSUANT TO HEALTH INSURANCE
PORTABILITY AND ACCOUNTABILITY ACT (HIPAA)

1.     **IT IS HEREBY ORDERED** that this Court authorizes the disclosure and sharing of Plaintiff Ksandra Bryant's "personal health information" protected under the Health Insurance Portability and Accountability Act (hereinafter "HIPAA") (42 USC §1320d *et seq.*)

and the regulations promulgated thereunder (45 CFR §§160, 164 *et seq.*) pursuant to the terms and conditions contained in this Order.

2. **IT IS HEREBY FURTHER ORDERED** that Plaintiff Ksandra Bryant's, health care providers including, but not limited to examining, testing and/or treating doctors and other medical personnel shall provide copies of all records and may discuss the Plaintiff, Ksandra Bryant's, medical conditions and past, present and future treatment with counsel for the Defendants.

3. **IT IS FURTHER ORDERED** that this Order does not compel the health care provider to participate in an interview or meeting against his or her wishes, nor to occur outside the presence of the health care provider's attorney if he or she wishes to have one present. The purpose of the interview or meeting conducted by attorneys for Defendants and/or Defendants' agents is to assist Defendants in their defense of the above-referenced action brought by Ksandra Bryant. The meeting or interview is not at the request of Ksandra Bryant; however, Ksandra Bryant and her counsel are on notice of the existence of this order.

4. **IT IS FURTHER ORDERED** that all covered entities under HIPAA, including but not limited to the health care providers, examining, testing and/or treating doctors and other medical personnel of Ksandra Bryant are authorized and permitted to disclose and/or share Ksandra Bryant's personal health information to the attorneys or agents of Defendants. The personal health information of Ksandra Bryant may be provided orally in discussions with Defendants' attorneys and/or agents or in written, visual or other recorded form. The consent of or notice to Ksandra Bryant and/or her attorneys is not required prior to the disclosure of this information by any health care provider.

5. **IT IS FURTHER ORDERED** that counsel for the Defendants is permitted to use or

disclose protected information for all purposes involved this action, except as limited by the Federal Rules of Civil Procedure for discovery and subject to the Federal Rules of Evidence for use at trial, and upon resolution of this action, counsel for the Defendant who receives written or otherwise recorded protected health care information of the Plaintiff, Ksandra Bryant, shall destroy or return the information (including all copies made) to the health care provider.

                                        s/ Mona K. Majzoub
                                        MONA K. MAJZOUB
                                        U. S. Magistrate Judge

Dated: September 8, 2015

~2563177.WPD