UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

K<small>SANDRA</small> B<small>RYANT</small>,

        Plaintiff,

v.

S<small>TEPHEN</small> W<small>ILSON, ET AL</small>.,

        Defendants.

_____/

Case No. 15-10207

S<small>ENIOR</small> U.S. D<small>ISTRICT</small> J<small>UDGE</small>
A<small>RTHUR</small> J. T<small>ARNOW</small>

U.S. M<small>AGISTRATE</small> J<small>UDGE</small>
M<small>ONA</small> K. M<small>AJZOUB</small>


**O<small>RDER</small> A<small>DOPTING</small> R<small>EPORT AND</small> R<small>ECOMMENDATION</small> [29] <small>AND</small> D<small>IRECTING</small> P<small>LAINTIFF</small>'<small>S</small> C<small>OUNSEL TO</small> P<small>AY</small> D<small>EFENDANTS</small> R<small>EASONABLE</small> C<small>OSTS</small> I<small>NCURRED IN</small> F<small>ILING</small> D<small>ISCOVERY</small> M<small>OTIONS</small>**


     On March 4, 2015, Defendants filed a Motion for HIPAA Authorization and Protective Order [Dkt. #13]. On June 9, 2015, Defendants filed a Motion to Compel [21]. On August 14, 2015, the Magistrate Judge issued an Order [24] granting both motions, finding Defendants entitled under Federal Rule of Civil Procedure 37 to an award of reasonable costs incurred in filing the motions, and directing Defendants to submit a bill of costs. Plaintiff did not appeal this Order. Defendants submitted a bill of costs on September 4, 2015. On October 5, 2015, the Magistrate Judge issued a Report and Recommendation [29] recommending

1

that the Court award Defendants $2,225 in reasonable costs incurred in filing the discovery motions. Plaintiff filed no objection to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation is hereby **ADOPTED** and entered as the findings and conclusions of the Court, with the following exception: the Report and Recommendation recommended an award "payable by Plaintiff and Plaintiff's counsel." The record suggests that it was the conduct of Plaintiff's counsel, rather than the conduct of Plaintiff herself, that necessitated the filing of Defendants' discovery motions. The Court will therefore make the award payable only by Plaintiff's counsel.

Accordingly,

**IT IS ORDERED** that Plaintiff's counsel will pay Defendants $2,225 in reasonable costs incurred in filing Defendants' discovery motions [13, 21].

**SO ORDERED**.

s/Arthur J. Tarnow
Arthur J. Tarnow
Dated: October 26, 2015       Senior United States District Judge